HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLENN HILL,<br><br>            Plaintiff,<br><br>   v.<br><br>BAC HOME LOAN SERVICING, LP,<br>RECONTRUST COMPANY, THE<br>BANK OF NEW YORK MELLON N.A.,<br>doing business in the State of Washington,<br><br>            Defendant. | CASE NO. C11-5720RBL<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

THIS MATTER comes before the Court on Defendants' Motion to Dismiss [Dkt. #8]. The Court has reviewed the materials filed in support of the motion. The plaintiff has received notice of and an opportunity to respond to the motion. However, plaintiff has not responded to the motion.

Pursuant to Local Rule 7(b)(2), "if a party fails to file papers in opposition to a motion, such failure may be considered by the Court as an admission that the motion has merit." *See also Watson v. City of Bonney Lake*, No. C10-5692BHS, 2011 U.S. Dist. LEXIS 31422, at *2 (W.D. Wash. March 15, 2011). Courts in this district apply this rule even where the party who would have opposed the motion is acting pro se. *See Bern v. Wells Fargo Bank, N.A.,* C10-1701

JLR, 2011 U.S. Dist. LEXIS 44233, at *6 (W.D. Wash. Apr. 22, 2011).  This Court's review of the motion confirms that the motion is meritorious.

**IT IS ORDERED** that Defendants' Motion to Dismiss [Dkt. #8] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Glenn Hill's claims are dismissed in their entirety and with prejudice.

Dated this 25th day of October, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE